IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANNY AMEN ANDERSON SHABAZZ,** *also known as Danny Ace Valentine*,     **Plaintiff,** | : : : : : |
| v. | :   **CIVIL ACTION NO. 25-CV-5039** |
| **DELAWARE COUNTY PROBATION DEPARTMENT,** *et al.*,     **Defendants.** | : : : : |

## ORDER

AND NOW, this 15th day of October, 2025, upon consideration of Plaintiff Danny Amen Anderson Shabazz's Motions to Proceed *In Forma Pauperis* (ECF Nos. 1 and 7), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                          **BY THE COURT:**

                          **S/ WENDY BEETLESTONE**

                          **WENDY BEETLESTONE, C.J.**